**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-6560**

———————

CLINTON R. POWELL,

             Plaintiff - Appellant,

        v.

DANA Y. KINSLEY, GRCC Law Library Supervisor; RONALD
ABERNATHY, GRCC Food Operations Manager; BENJAMIN WRIGHT,
GRCC Lead Warden; JIMMY EVERETTE, GRCC Administrative Staff
Specialist,

             Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Rebecca Beach Smith, Chief
District Judge.  (2:12-cv-00372-RBS-DEM)

———————

Submitted:  July 24, 2014            Decided:  July 29, 2014

———————

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Clinton R. Powell, Appellant Pro Se.  Kate Elizabeth Dwyre, Lara
Kate Jacobs Todd, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA,
Richmond, Virginia; Daniel James Kelly, MCCARTER & ENGLISH, LLP,
Boston, Massachusetts, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clinton R. Powell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Powell v. Kinsley, No. 2:12-cv-00372-RBS-DEM (E.D. Va. Mar. 27, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED